# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re:   Ramo Pazara

Case No.:
Chapter   7
Hon.:

## STATEMENT OF ATTORNEY COMPENSATION FOR DEBTOR(S) PURSUANT TO F.B.R. 2016(b)

The undersigned, pursuant to F.R. Bankr. 2016(b) states that:

1. The attorneys of Weik and Associates, P.C. represent the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to Weik and Associates, P.C. is :

   - For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid………………………………………$ 1,000.00
   - Prior to filing this statement, Weik and Associates, P.C. received..$ 1,000.00*
   - The unpaid balance due and payable is ………………………….. $ 0.00

3. $ 299.00 of the filing fee has been paid.

4. In return for the above disclosed fee, Weik and Associates, P.C. has agreed to render legal services for the following aspects of the bankruptcy case, including:
   - Analysis of the Debtor(s)' financial situation and rendering advice to the Debtor(s) in determining whether to file a petition in bankruptcy;
   - Preparation and filing of any petition, schedules, statement of affairs and plan that may be required
   - Representation of the Debtor(s) at one meeting of creditors and one confirmation hearing;
   - Reaffirmations
   - Redemptions

5. By agreement with the Debtor(s), the above-disclosed fee does not include the following services:
   - Defending you against any complaint filed by the Trustee or any party in interest to deny your discharge
   - Defending you against any complaint filed by any creditor to except its debt from discharge
   - Prosecuting any complaint that you file seeking a determination that any of your indebtedness is dischargeable
   - Defending you against any complaint the Trustee files to recover or avoid any transfer of property that you made before the filing of your Chapter 7
   - Opposing any objections to your exemptions
   - Appealing any order or judgment entered against you
   - Attending any 2004 exam requested by the Trustee or any creditor
   - Any Motions filed by the Trustee or any party in interest, including, but not limited to Motions For Relief From Stay or Motions To Dismiss

6. The source of payment to Weik and Associates, P.C. was from:

- Debtor(s)' earnings, wages or compensation from services performed.

7. The undersigned has not shared or agreed to share, with any other person, other than with the members of the undersigned firm, any compensation paid or to be paid.

Agreed: September 2, 2008                **/s/ Edward J. Gudeman**
Weik and Associates, P.C.
Edward J. Gudeman (P14454)
Shannon Warner (P67017)
Alexander P. Zurawskyj (P70840)
Adam Reatherford (P70827)
Michael Benkstein (P69778)
30701 Woodward Ave. – Suite 400
Royal Oak, MI 48073
(248) 284-1661
lawcenter@weikandassociates.com

Agreed: September 2, 2008                **/s/ Ramo Pazara**
Debtor