UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: Ramo Pazara                              Chapter: 7
                                                Case No.: 08-62215
                                                Judge: Shefferly

      Debtor(s).
_____/

## CERTIFICATE OF COMPLIANCE
## PURSUANT TO USC §521(A)(1)(B)(iv)

      Comes now Debtor(s), Ramo Pazara, by and through his attorney Weik and Associates, P.C., and pursuant to USC §521(A)(1)(B)(iv), hereby states that copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition, by the debtor from any employer of the debtor have been forwarded to the Trustee assigned to the case.

Dated: September 12, 2008          **/s/ Edward J. Gudeman**
                                                         Edward J. Gudeman (P14454)
                                                         Weik and Associates. P.C.
                                                         30701 Woodward Ave. – Suite 400
                                                         Royal Oak, MI 48073
                                                         (248) 284-1661
                                                         lawcenter@weikandassociates.com