# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 9/12/08.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Ramo Pazara
dba R & A Express Trucking
28063 Loretta
Warren, MI 48092

| Case Number:<br>**08−62215−pjs** | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−7057 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Edward J. Gudeman<br>30701 Woodward Ave.<br>Suite 400<br>Royal Oak, MI 48073<br>Telephone number: (248) 284−1661 | Bankruptcy Trustee (name and address):<br>Fred Dery<br>803 West Big Beaver<br>Suite 353<br>Troy, MI 48084<br>Telephone number: 248−362−4655 |

## Meeting of Creditors
Date: **October 29, 2008**                                    Time: **12:00 PM**
Location: **211 West Fort St., Room 315, Detroit, MI 48226**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 12/29/08**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>211 West Fort Street<br>Detroit, MI 48226<br>Telephone number: 313−234−0065 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Katherine B. Gullo |
|---|---|
| Hours Open: Monday − Friday 08:30 AM − 4:00 PM | Date: 9/15/08 |

# EXPLANATIONS

B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

**The Court will dismiss this case without a hearing if the debtor(s) do not timely file all required documents and if no request for a hearing on dismissal is filed within 20 days after the petition is filed. The Clerk will give notice of the hearing on dismissal only to the party requesting the hearing, the debtor and the trustee.**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0645-2            User: mrey                   Page 1 of 1              Date Rcvd: Sep 15, 2008
Case: 08-62215                  Form ID: b9a                 Total Served: 20

The following entities were served by first class mail on Sep 17, 2008.
db          +Ramo Pazara,    28063 Loretta,    Warren, MI 48092-3422
aty         +Edward J. Gudeman,    30701 Woodward Ave.,    Suite 400,    Royal Oak, MI 48073-0987
tr          +Fred Dery,    803 West Big Beaver,    Suite 353,    Troy, MI 48084-4775
16616018    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court:  Fifth Third Bank,    38 Fountain Square Plaza,    Cincinnati, OH 45263)
16616020    +Home Depot,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
16616021    +James Burg Trucking Company,    27275 Mound Rd.,    Warren, MI 48092-4554
16616012    +Michigan Department of Treasury,    Dept. 77569,    P.O. Box 77000,    Detroit, MI 48277-2000
16616022    +Mound Road Sales & Service,    27275 Mound Rd.,    Warren, MI 48092-4554
16616023    +National City Mortgage,    P.O. Box 1820,    Dayton, OH 45401-1820
16616013    +U.S. Attorney,    Atten: Civil Division,    211 W. Fort Steet,    Suite 2001,
               Detroit, MI 48226-3220
16616014    +U.S. Trustee,    211 Fort Street,    Room 743,    Detroit, MI 48226-3269
16616026    +Wells Fargo Financial,    P.O. Box 98751,    Las Vegas, NV 89193-8751
16616027    +Wells Fargo Financial,    P.O. Box 5943,    Sioux Falls, SD 57117-5943

The following entities were served by electronic transmission on Sep 16, 2008.
16616015    +EDI: CAPITALONE.COM Sep 15 2008 22:33:00      Capital One,    P.O. Box 30281,
               Salt Lake City, UT 84130-0281
16616016    +EDI: CHASE.COM Sep 15 2008 22:34:00      Chase,    800 Brooksedge Blvd.,
               Westerville, OH 43081-2822
16616017    +EDI: CHASE.COM Sep 15 2008 22:33:00      Chase/Circuit City,    P.O. Box 15752,
               Wilmington, DE 19885-0001
16616019    +EDI: FORD.COM Sep 15 2008 22:33:00      Ford Motor Credit,    P.O. Box 54200,
               Omaha, NE 68154-8000
16616011     EDI: IRS.COM Sep 15 2008 22:33:00      Internal Revenue Service,    P.O. Box 21126,
               Philadelphia, PA 19114
16616024    +EDI: RMSC.COM Sep 15 2008 22:33:00      Sam's Club,    P.O. Box 981400,    El Paso, TX 79998-1400
16616025    +EDI: PROVID.COM Sep 15 2008 22:33:00      Washington Mutual/Providian,    5040 Johnson Dr.,
               Pleasanton, CA 94588-3333
16616026    +EDI: WFFC.COM Sep 15 2008 22:34:00      Wells Fargo Financial,    P.O. Box 98751,
               Las Vegas, NV 89193-8751
16616027    +EDI: WFFC.COM Sep 15 2008 22:34:00      Wells Fargo Financial,    P.O. Box 5943,
               Sioux Falls, SD 57117-5943
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 17, 2008**          **Signature:** _Joseph Speetjens_