**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:                                                      Chapter 7 No. 08-62215

Ramo Pazara                                          Hon. Phillip J. Shefferly

                                Debtor.
_____/

## ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES AND DOCUMENTS

| Clerk of the Court | Edward J. Gudeman | Fred Dery |
|---|---|---|
| U.S. Bankruptcy Court | 30701 Woodward Ave Ste 400 | 803 W Big Beaver Rd Ste 353 |
| 211 W Fort St | Royal Oak, MI 48073-0992 | Troy, MI 48084-4734 |
| Detroit, MI 48226 | | |

     PLEASE ENTER our Appearance as counsel for Creditor National City Real Estate Services LLC successor by merger to National City Mortgage, Inc. f/k/a National City Mortgage Co.. Said creditor is a Party in interest, and pursuant to the Bankruptcy Rules and the Bankruptcy Code hereby demands that all Notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned to the office, address and telephone number set forth below, and that the undersigned be added to the official address matrix maintained in this proceeding by the Clerk of the Court,

     PLEASE TAKE FURTHER NOTICE that pursuant to the Bankruptcy Code, the foregoing demand includes not only the notices and appearances referred to in the Bankruptcy rules, but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint or demand whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, e-mail, telephone, telegraph, telex, or otherwise which effects or seeks to affect in any way the rights or interest of said creditor.

     This appearance shall act as the appearance of every member of Trott & Trott, P.C., and is not limited to the attorneys listed below.

                             Respectfully Submitted,
                             Trott & Trott, P.C.

Dated: September 16, 2008

/S/ Marcy J. Ford (P49158)
Attorney for National City Real Estate Services LLC successor by merger to National City Mortgage, Inc. f/k/a National City Mortgage Co.
31440 Northwestern Highway, Suite 200
Farmington Hills, MI 48334-2525
248.642.2515

**TROTT & TROTT, P.C.**
31440 NORTHWESTERN HIGHWAY, SUITE 200
FARMINGTON HILLS, MI 48334-2525
PHONE 248.642.2515<