UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Pazara, Ramo        Debtor.     Chapter 7    No. 08-62215

                                                    Judge's Name: Phillip J. Shefferly

Attached is the Statement of Corporate Ownership for the above referenced case.

T&T # 201735b02

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

STATEMENT REGARDING OWNERSHIP OF NATIONAL CITY REAL ESTATE SERVICES, LLC

☐ The following entities directly or indirectly own 10% or more of any class of the corporation s equity interest:

Name: _____
Address: _____

Name: _____
Address: _____

Name: _____
Address: _____

☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation s equity interest.

This Statement is valid for 90 days from execution unless the corporate ownership changes, at which time a new Statement will be executed by mortgage servicer/creditor as applicable.

Dated: _Sept 29, 2008_   _/s/ Signature_
                         Signature of Authorized Individual

                         LINDA M REYNOLDS
                         Print Name

                         BANKRUPTCY SPECIALIST
                         Title