# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  Chapter 7 No. 08-62215
Ramo Pazara
        Debtor.  Hon. Phillip J. Shefferly
_____/

**CERTIFICATION THAT NO RESPONSE HAS BEEN FILED TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(A)(3)**

    Now comes National City Real Estate Services LLC successor by merger to National City Mortgage, Inc. f/k/a National City Mortgage Co., by and through its attorneys, Trott & Trott, P.C., and states as follows:

    1. Movant, National City Real Estate Services LLC successor by merger to National City Mortgage, Inc. f/k/a National City Mortgage Co. having filed a MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(A)(3) on or about October 2, 2008;

    2. A copy of the MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(A)(3) and a copy of the Notice of Motion with regard to the property located at 28063 Loretta Ave, Warren, MI 48092-3422, were served upon all interested parties either electronically or by depositing said copies on October 2, 2008 in the U.S. mail;

    3. As of October 21, 2008 no party has filed an answer or written objection to the MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(A)(3).

                                     Respectfully Submitted,
                                     Trott & Trott, P.C.

Dated October 21, 2008

                                   /S/ Shawn C. Drummond (P58471)
                                   /S/ D. Lisa Evans (P69639)
                                   <u>/S/ Athena Aitas (P61824)</u>
                                   Attorney for National City Real Estate Services
                                   LLC successor by merger to National City
                                   Mortgage, Inc. f/k/a National City Mortgage Co.
                                   31440 Northwestern Highway, Suite 200
                                   Farmington Hills, MI 48334-2525
                                   248.642.2515
                                   Email: EasternECF@trottlaw.com

**TROTT & TROTT, P.C.**
31440 NORTHWESTERN HIGHWAY, SUITE 200
FARMINGTON HILLS, MI 48334-2525
PHONE 248.642.2515
FACSIMILE 248.642.3628