# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  
Ramo Pazara  
              Debtor.  
_____/

Chapter 7 No. 08-62215

Hon. Phillip J. Shefferly

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE PROVISION OF FRBP 4001(a)(3)

National City Real Estate Services LLC successor by merger to National City Mortgage, Inc. f/k/a National City Mortgage Co., by and through its attorneys, Trott & Trott, P.C., having filed a Motion For Relief From The Automatic Stay with respect to the property located at 28063 Loretta Ave, Warren, MI 48092-3422; and the approximate market value of the property is $143,571.00; and the Foreclosure Sale Bid owing to Movant being approximately $148,837.33, plus accumulating interest and allowable advances; and the property having been sold at Sheriff's Sale on June 13, 2008; and the redemption period having expired or will expire on December 13, 2008; and the Court being in receipt of the Motion and Certificate of No Response, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the Automatic Stay is hereby terminated as to Movant with respect to the property located at 28063 Loretta Ave, Warren, MI 48092-3422 to allow Creditor to commence or continue its federal and/or state law rights to the property. In the event Creditor deems the property is physically abandoned by the debtor(s)/homeowner(s), or by consent of the debtor(s)/homeowner(s), Creditor may also seek to shorten the Michigan post foreclosure statutory redemption period. A Chapter 7 Trustee may have the same rights and defenses as Debtor(s) should Creditor seek to shorten the redemption period. Movant and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement. This Order is effective immediately upon entry by this Court notwithstanding the provision of FRBP 4001(a)(3). This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

.

**Signed on October 22, 2008**

                                          **\_\_\_ \_/s/ Phillip J. Shefferly \_ \_\_**  
                                          **Phillip J. Shefferly**  
                                          **United States Bankruptcy Judge**