**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

In re:  Chapter 7 No.08-62215
Ramo Pazara  Hon. Phillip J. Shefferly

                Debtor(s).
_____/

### CERTIFICATE OF SERVICE

The undersigned states that copies of National City Real Estate Services LLC successor by merger to National City Mortgage, Inc. f/k/a National City Mortgage Co.'s Order Granting Relief From The Automatic Stay And Waiving The Provision Of FRBP 4001(a)(3) were served upon the following parties, either electronically or by depositing said copies on October 28, 2008 in the U.S. mail, postage prepaid, properly addressed as follows:

Ramo Pazara
28063 Loretta Ave
Warren, MI 48092-3422

Edward J. Gudeman
30701 Woodward Ave Ste 400
Royal Oak, MI 48073-0992

Fred Dery
803 W Big Beaver Rd Ste 353
Troy, MI 48084-4734

Marion J. Mack
211 W Fort St Ste 700
Detroit, MI 48226-3263

Amela Pazara
28063 Loretta Ave
Warren, MI 48092-3422

/S/ Sharon D. Lively-Perry

Legal Assistant
Trott & Trott, P.C.
Attorney for National City Real Estate Services LLC successor by merger to National City Mortgage, Inc. f/k/a National City Mortgage Co.
31440 Northwestern Highway, Suite 200
Farmington Hills, MI 48334-2525
248.642.2515
Email: EasternECF@trottlaw.com

**TROTT & TROTT, P.C.**
31440 NORTHWESTERN HIGHWAY, SUITE 200
FARMINGTON HILLS, MI 48334-2525
PHONE 248.642.2515<