B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Eastern District of Michigan
Case No. <u>08−62215−pjs</u>
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ramo Pazara
   dba R & A Express Trucking
   28063 Loretta
   Warren, MI 48092

Social Security / Individual Taxpayer ID No.:
   xxx−xx−7057

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                BY THE COURT

Dated: <u>12/30/08</u>                                <u>Phillip J Shefferly</u>
                                                             United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0645-2           User: jlask              Page 1 of 1              Date Rcvd: Dec 30, 2008
Case: 08-62215                 Form ID: b18             Total Served: 19
```

The following entities were served by first class mail on Jan 01, 2009.
```
db           +Ramo Pazara,    28063 Loretta,    Warren, MI 48092-3422
16616018    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,    38 Fountain Square Plaza,    Cincinnati, OH 45263)
16616020     +Home Depot,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
16616021     +James Burg Trucking Company,    27275 Mound Rd.,    Warren, MI 48092-4554
16638367     +Marcy J. Ford,    Trott and Trott,    31440 Northwestern Highway Ste 200,
               Farmington Hills, MI 48334-5422
16616012     +Michigan Department of Treasury,    Dept. 77569,    P.O. Box 77000,    Detroit, MI 48277-2000
16616022     +Mound Road Sales & Service,    27275 Mound Rd.,    Warren, MI 48092-4554
16616023     +National City Mortgage,    P.O. Box 1820,    Dayton, OH 45401-1820
16616013     +U.S. Attorney,    Atten: Civil Division,    211 W. Fort Steet,    Suite 2001,
               Detroit, MI 48226-3220
16616014     +U.S. Trustee,    211 Fort Street,    Room 743,    Detroit, MI 48226-3269
16616026     +Wells Fargo Financial,    P.O. Box 98751,    Las Vegas, NV 89193-8751
16616027     +Wells Fargo Financial,    P.O. Box 5943,    Sioux Falls, SD 57117-5943
```

The following entities were served by electronic transmission on Dec 31, 2008.
```
16616015     +EDI: CAPITALONE.COM Dec 30 2008 22:48:00      Capital One,    P.O. Box 30281,
               Salt Lake City, UT 84130-0281
16616016     +EDI: CHASE.COM Dec 30 2008 22:49:00      Chase,    800 Brooksedge Blvd.,
               Westerville, OH 43081-2822
16616017     +EDI: CHASE.COM Dec 30 2008 22:48:00      Chase/Circuit City,    P.O. Box 15752,
               Wilmington, DE 19885-0001
16616019     +EDI: FORD.COM Dec 30 2008 22:48:00      Ford Motor Credit,    P.O. Box 54200,
               Omaha, NE 68154-8000
16616011      EDI: IRS.COM Dec 30 2008 22:48:00      Internal Revenue Service,    P.O. Box 21126,
               Philadelphia, PA 19114
16616024     +EDI: RMSC.COM Dec 30 2008 22:48:00      Sam's Club,    P.O. Box 981400,    El Paso, TX 79998-1400
16616025     +EDI: PROVID.COM Dec 30 2008 22:48:00      Washington Mutual/Providian,    5040 Johnson Dr.,
               Pleasanton, CA 94588-3333
16616026     +EDI: WFFC.COM Dec 30 2008 22:48:00      Wells Fargo Financial,    P.O. Box 98751,
               Las Vegas, NV 89193-8751
16616027     +EDI: WFFC.COM Dec 30 2008 22:48:00      Wells Fargo Financial,    P.O. Box 5943,
               Sioux Falls, SD 57117-5943
                                                                                              TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 01, 2009**                        **Signature:** _Joseph Speetjens_